# Court of Appeals
# of the State of Georgia

ATLANTA, November 10, 2016

*The Court of Appeals hereby passes the following order*

**A17I0070. WAL-MART STORES EAST, LP et al. v. CATHERINE BENSON.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:
15C00537



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, November 10, 2016.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*